## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brent Pelletier and Charmin Pelletier,<br><br>*Plaintiffs,*<br><br>v.<br><br>Steven Gallon and Millenium Tga, Inc.,<br><br>*Defendants.* | Civil Action No. 12-CV-01076<br>(DWF/SER) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiffs Brent Pelletier and Charmin Pelletier hereby dismiss their

Complaint against Defendants, Steven Gallon and Millenium Tga, Inc., pursuant

to Rule 41(a) of the Federal Rules of Civil Procedure.


Respectfully submitted,

Dated: May 17, 2012    **CARLSON, CASPERS, VANDENBURGH,**
**LINDQUIST & SCHUMAN**


By:    s/Jeffer Ali
Jeffer Ali (MN Bar No. 247,947)
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600
JAli@carlsoncaspers.com

*Attorneys for Plaintiffs*