

# United States District Court
**District of Minnesota**

**Chambers of**
**Judge Steven E. Rau**
Magistrate Judge
316 North Robert Street-Suite 334
St. Paul, Minnesota 55101
Phone (651) 848-1620
Fax (651) 848-1622
rau_chambers@mnd.uscourts.gov

May 22, 2012

Brent Pelletier
Charmin Pelletier

RE:   Pelletier, et al v. Gallon, et al
      12cv1076 (DWF/SER)

Dear Mr. Pelletire and Ms. Pelletier:

The Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer lawyers who donate their time to assist unrepresented individuals. The program is called the FBA Pro Se Project. Your case is being referred to the FBA Pro Se Project and you may be able to obtain a lawyer at no cost to you through this program.

If you choose to participate in the Pro Se Project, Tiffany Sanders, the Coordinator, will attempt to put you in contact with a lawyer who will provide you with a general opinion on the merits of your claims and offer you advice on how to proceed. The volunteer lawyer may agree to represent you, but there is no requirement that he or she do so. If you would like a volunteer lawyer to review your case, you must inform Ms. Sanders that you wish to participate in the Pro Se Project.

If you choose not to participate in the program, or if a lawyer does not agree to represent you, your case will proceed and you will continue to proceed pro se; that is, on your own behalf. Regardless of whether a lawyer represents you, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Just as a lawyer would, you will need to comply with these rules if you continue to appear pro se.

The contact information for Ms. Sanders is as follows:

Tiffany Sanders
FBA Pro Se Coordinator
P.O. Box 24378
Minneapolis, MN 55424
(612) 965-3711
proseproject@q.com

If you do not hear from Ms. Sanders within seven days of this letter, please contact her directly.

Sincerely,

*s/Steven E. Rau*

Steven E. Rau
U.S. Magistrate Judge

cc: Tiffany Sanders, FBA Pro Se Project